IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 14-30134 |
| **Kathleen Clements**, ) | |
| ) | Chapter 13 |
| ) | |
| **Debtor** ) | |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE OF THIS OBJECTION.**

OBJECTION TO CLAIM NO. 9
OF CREDITOR BANK OF AMERICA, N.A.

COMES NOW the Debtor, by and through counsel, and hereby files this Objection to Claim No. 9 of Creditor Bank of America, N.A. and as grounds for the Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on January 16, 2014. On Schedule D of the bankruptcy petition, Debtor listed "BAC HOME LOANS" among the creditors holding secured claims. Schedule D listed the nature of the lien as a mortgage on Debtor's home.

2. On May 12, 2014, creditor Bank of America, N.A. ("BoA") filed a proof of claim for $234,037.63, claiming $1,796.95 as an arrearage. Attachment A of the proof of claim explained the arrearage consisted of a late charge of $68.98, an escrow shortage of $156.94, and one month's payment of $1,571.03 for the January 2014 payment.

3. Debtor has made all of her home loan payments. Although Debtor did not pay the January 2014 payment of $1,571.03 before the filing of her bankruptcy, the co-debtor paid it late, on January 22, via an ACH withdrawal from her checking account. However, BoA did not return this amount to Debtor or the co-debtor. Therefore, BoA accepted the payment for January, and Debtor is not behind on her home loan a full month's payment as indicated in the proof of claim.

WHEREFORE, the premises considered, Debtor objects to Claim No. 9 of creditor Bank of America, N.A. to the extent the creditor claims Debtor owes it arrears for a full month's payment of $1,571.03 and asks this Court to disallow the claim to that extent.

Respectfully submitted June 23, 2014.

/s/ Joshua C. Milam  
Joshua C. Milam ASB-3046-T99U  
*Attorney for Debtor*  
Shinbaum & Campbell, P.C.  
566 South Perry Street  
P.O. Box 201  
Montgomery, AL 36101  
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by CM/ECF or by mail on June 23, 2014.

Chapter 13 Trustee, Curtis C. Reding

Bankruptcy Administrator, Teresa Jacobs

Bank of America, N.A.  
Mail Stop CA6-919-01-23  
400 National Way  
Simi Valley, CA 93065

William Brooks Marks, Esq.  
Morris|Hardwick|Schneider, LLC  
1 Independence Plaza, Suite 416  
Birmingham, AL 35209

/s/ Joshua C. Milam  
Joshua C. Milam ASB-3046-T99U  
*Attorney for Debtor*  
Shinbaum & Campbell, P.C.  
566 South Perry Street  
P.O. Box 201  
Montgomery, AL 36101  
334-269-4440- Selma 334-872-4545