# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 14-30134–DHW |
| Kathleen Clements, | Chapter 13 |
| Debtor(s). | |

## ORDER REDUCING CLAIM

The debtor(s) filed an objection to the arrearage claim #9 of Bank of America, N.A.

The objection came on for hearing on August 4, 2014. For the reasons stated in open court, it is

ORDERED that the objection is SUSTAINED, and the arrearage claim # 9 filed by Bank of America, N.A is REDUCED to the amount of 225.92.

Dated: August 5, 2014        /s/ Dwight H. Williams, Jr.
                             United States Bankruptcy Judge


c:   Debtor
     Joshua C. Milam, Attorney for Debtor
     Bank of America, N.A
     Curtis C. Reding, Trustee